ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 20 2007
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00057 |
| Plaintiff, | **INDICTMENT** |
| vs. | **DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE** [21 U.S.C. § 841(a)(1)] (Counts 1, 2 and 3) |
| RUDY AGUSTIN, JR., | |
| Defendant. | **FORFEITURE ALLEGATION** [21 U.S.C. § 853] (Count 4) |

THE GRAND JURY CHARGES:

**COUNT I - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**

On or about May 11, 2007, in the District of Guam, the defendant herein, RUDY AGUSTIN, JR., did unlawfully and knowingly distribute .148 grams, gross weight, of methamphetamine hydrochloride, also known as "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT II - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**

On or about May 16, 2007, in the District of Guam, the defendant herein, RUDY AGUSTIN, JR., did unlawfully and knowingly distribute .119 grams, gross weight, of methamphetamine hydrochloride, also known as "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT III - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

On or about May 18, 2007, in the District of Guam, the defendant herein, RUDY AGUSTIN, JR., did unlawfully and knowingly distribute .262 grams, gross weight, of methamphetamine hydrochloride, also known as "ice," a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT IV - FORFEITURE ALLEGATION

The allegations of Counts I, II, and III of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Section 853.

1. From his engagement in the violations alleged in Counts I, II, and III of the Indictment, punishable by imprisonment for more than one year, the defendant, RUDY AGUSTIN, JR., shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), any and all real and/or personal property which was involved in the commission of the violations of Title 21, United States Code, Section 841(a)(1) as set forth in Counts I, II, and III respectively, or traceable to such property including, but not limited to the following:

**CASH PROCEEDS**

Approximately $200.00 in U.S. Currency, in that such sum in aggregate was received in exchange for the distribution of controlled substances or is traceable thereto.

**AUTOMOBILES**

One 1988 grey Toyota Pick-Up, Guam License Plate #8669MLL, VIN number JT4VN63C4J0007468.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant RUDY AGUSTIN, JR.:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

2

        d. has been substantially diminished in value; or

        e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent to the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

        All in violation of Title 21, United States Code, Section 853.

Dated this 20th day of June, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
    RYAN M. ANDERSON
    Assistant U.S. Attorney

Reviewed:

By: _____
    JEFFREY J. STRAND
    First Assistant U.S. Attorney

3

**Criminal Case Cover Sheet**                                              **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____                Related Case Information:           07-00057

Country/Parish ____N/A____                Superseding Indictment _____ Docket Number _____
                                          Same Defendant _____  New Defendant ___X____
                                          Search Warrant Case Number _____
                                          R 20/ R 40 from District of _____

**Defendant Information:**

    Juvenile: Yes _____ No __X__    Matter to be sealed: __X__ Yes _____ No

Defendant Name       ___Rudy Agustin, Jr.___

**RECEIVED**
**JUN 20 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Allisas Name         _____

Address              _____
                     _____
                     _____

Birth date __XX/XX/1970__ SS# __XXX-XX-0861__ Sex __M__ Race __PI__ Nationality __US__

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson__

**Interpreter:** __X__ No ___Yes            List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____4____    _____ Petty _____ Misdemeanor __X__ Felony

|     | Index Key/Code        | Description of Offense Charged                   | Count(s) |
|-----|-----------------------|--------------------------------------------------|----------|
| Set | 1  21 U.S.C. § 841(a)(1) | DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE | 1-3      |
| Set | 2  21 U.S.C. § 853    | FORFEITURE ALLEGATION                            | 4        |
| Set | 3                     |                                                  |          |
| Set | 4                     |                                                  |          |

(Continued on reverse)

Date: __6/19/07__       Signature of SAUSA: _/s/ Ryan M. Anderson_