# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

JUN 20 2007 *hb*

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

-00057

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. _____ |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATE'S APPLICATION TO SEAL INDICTMENT, AND WARRANT FOR ARREST** |
| RUDY AGUSTIN, JR., | ) | |
| Defendant. | ) | |

COMES NOW the United States moves this Honorable Court for an order sealing the Indictment, and Warrant for Arrest, in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 20th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney