LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00057 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RUDY AGUSTIN, JR., | ) | |
| Defendant. | ) | |

    This matter having come before this Honorable Court based on the United State's Application to Seal the Indictment, and Warrant for Arrest, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

    **IT IS HEREBY ORDERED** that the documents be sealed, until otherwise Ordered by the Court.

    Dated this 20th day of June, 2007.

                                     **/s/ Joaquin V.E. Manibusan, Jr.**
                                        **U.S. Magistrate Judge**