ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> RUDY AGUSTIN, JR., ) <br> Defendant. ) | CRIMINAL CASE NO. 07-00057 <br><br> **UNITED STATE'S APPLICATION TO UNSEAL INDICTMENT, AND WARRANT FOR ARREST** |

COMES NOW the United States moves this Honorable Court for an order unsealing the Indictment, and Warrant for Arrest, in the above-entitled case for the reason that the investigation in this case is now complete, the defendant has been arrested, and there is no further reason for these documents to remain silent.

Respectfully submitted this 21st day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney