%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

FILED DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
JUN 20 2007
US MARSHALS SERVICE-GUAM

UNITED STATES OF AMERICA

V.

RUDY AGUSTIN, JR.

**WARRANT FOR ARREST**

Case Number: CR-07-00057

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RUDY AGUSTIN, JR. _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Counts 1, 2 and 3 - Distribution of Methamphetamine Hydrochloride, 21 USC § 841(a)(1)

Count 4 - Forfeiture Allegation, 21 USC § 853

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

*[signature: Marilyn B. Alcon]*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

6/20/2007
Date

Hagatna, Guam
Location

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Naval Exchange Warehouse, Naval Base Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 6/20/07 | Adam DeLaGuardia, Special Agent | *[signature]* |
| DATE OF ARREST 6/21/07 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ RUDY AGUSTIN, JR. _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: