# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>**RUDY AGUSTIN, JR.,**<br><br>         Defendant. | Criminal Case No. **07-00057**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to June 21, 2007.

Dated this 22nd day of June, 2007.

                                                      **/s/ Joaquin V.E. Manibusan, Jr.**
                                                      **U.S. Magistrate Judge**