PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

# NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Robert I. Carreon, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**          [ ] **Notice of Disposition**

Date: **June 22, 2007**          Date:
By: **Joaquin V.E. Manibusan, Jr.**          By:
**U.S. Magistrate Judge**

---

Defendant: **AGUSTIN Jr., Rudy**          Case Number: **CRIMINAL CASE #07-00057-001**
Date of Birth: **XX-XX-1970**          Place of Birth: **Tamuning, Guam - USA**
SSN: **XXX-XX-0861**

================================================================

**NOTICE OF COURT ORDER** (Order Date: **June 22, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

---

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)