RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RUDY AUGUSTINE

FILED
DISTRICT COURT OF GUAM

AUG 1 5 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-07-00057 |
|---|---|
| Plaintiff, | ) NOTICE OF INTENT TO CHANGE PLEA |
| vs. | ) |
| RUDY AUGUSTINE, | ) |
| Defendant. | ) |

### NOTICE OF INTENT TO CHANGE PLEA

Defendant, RUDY AUGUSTINE, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, hereby submits Notice of Intent to Change Plea from not guilty to guilty. Defendant requests that a Change of Plea hearing be scheduled for a time and date convenient to the court.

DATED: Mongmong, Guam, August 15, 2007.

RICHARD P. ARENS
Attorney for Defendant
RUDY AUGUSTINE

ORIGINAL

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on August 15, 2007:

RYAN ANDERSON
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, August 15, 2007.

_____
ALEXANDER A. MODABER
Investigator