RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RUDY AGUSTIN



**FILED**
DISTRICT COURT OF GUAM
AUG 1 6 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-07-00057 |
| Plaintiff, | ) MOTION TO WITHDRAW NOTICE OF ) INTENT TO CHANGE PLEA |
| vs. | ) |
| RUDY AGUSTIN, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW NOTICE OF INTENT TO CHANGE PLEA

Defendant, RUDY AGUSTIN, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, respectfully requests leave of court to withdraw the Notice of Intent to Change Plea filed in the District Court on August 15, 2007. This request is based on defendant's intent to waive indictment and enter a plea of guilty to an information filed under criminal case number CR-07-00079.

DATED: Mongmong, Guam, August 16, 2007.

RICHARD P. ARENS
Attorney for Defendant
RUDY AGUSTIN

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on August 16, 2007:

RYAN ANDERSON
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, August 16, 2007.

ALEXANDER A. MODABER
Investigator

2