rudyagustindismiss


**ORIGINAL**

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM

AUG 1 7 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00057 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) **INDICTMENT** |
| RUDY AGUSTIN, JR., | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendant, RUDY AGUSTIN, JR., be dismissed without prejudice for the reason that the defendant has pled guilty to an Information in Criminal Case No. 07-00079, which said Information has incorporated similar criminal acts described in the Indictment..

Respectfully submitted this 17th day of August 2007.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By:                 /s/
                  RYAN M. ANDERSON
                  Special Assistant U.S. Attorney