LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00057 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS** |
| | ) **INDICTMENT** |
| RUDY AGUSTIN, JR., | ) |
| Defendant. | ) |

The United States' Motion to dismiss the Indictment against defendant, RUDY AGUSTIN, JR., is hereby dismissed.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Aug 20, 2007**